# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL PRYOR, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM INSURANCE CO., | ) |
| SEARS HOLDINGS CORPORATION, | ) |
| ELECTORLUX INTERNATIONAL, INC., | ) |
| WHIRLPOOL CORPORATION, | )   Case No.: CIV-11-964-C |
| LG ELECTRONICS, INC., AMANA | ) |
| CORPORATION, TECUMSEH | ) |
| PRODUCTS COMPANY, MAYTAG | ) |
| CORPORATION, GOODMAN GLOBAL, INC., | ) |
| HELLMAN & FRIEDMAN, LLC, PUBLIC | ) |
| SERVICE COMPANY OF OKLAHOMA/AEP, | ) |
| APOLLO INVESTMENT CORPORATION | ) |
| and XYZ, Inc., | ) |
| | ) |
|         Defendants. | ) |

**UNOPPOSED APPLICATION FOR DISMISSAL WITHOUT PREJUDICE OF THE FOLLOWING: STATE FARM INSURANCE CO., SEARS HOLDINGS CORPORATION, ELECTROLUX INTERNATIONAL, INC., LG ELECTRONICS, INC., AMANA CORPORATION, MAYTAG CORPORATION, GOODMAN GLOBAL, INC., HELLMAN & FRIEDMAN, LLC, PUBLIC SERVICE COMPANY OF OKLAHOMA/AEP, AND APOLLO INVESTMENT CORPORATION ONLY**

**COMES NOW** the Plaintiff, Michael Pryor, by and through his attorneys of record, Delluomo & Crow, and hereby submits his Unopposed Application for Dismissal Without Prejudice of the Following: State Farm Insurance Co., Sears Holdings Corporation, Electrolux International, Inc. LG Electronics, Inc., Amana Corporation, Maytag Corporation, Goodman Global, Inc., Hellman & Friedman, LLC, Public Service Company of Oklahoma/AEP, and Apollo Investment Corporation Only.

**DATED** this 17th day of January, 2012.

Respectfully submitted,

By:     /s/Daniel M. Delluomo
**DANIEL M. DELLUOMO**, OBA #11810
**STEVEN W. CROW**, OBA #15676
5617 North Classen Blvd.
Oklahoma City, Oklahoma  73118
(405) 843-0400
(405) 843-5005 (fax)
**ATTORNEYS FOR THE PLAINTIFF**

## CERTIFICATE OF MAILING

On this 17th day of January, 2012, I electronically transmitted this document to the Clerk of the Federal Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

Thomas Cordell
Frailey, Chaffin, Cordell, Perryman,
Sterkel, McCalla & Brown
P.O. Box 533
Chickasha, OK 73023

      /s/Daniel M. Delluomo
DANIEL M. DELLUOMO